# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIM. NO. 08-CR-0225** |
| **VERSUS** | * | **JUDGE DOHERTY** |
| **JOSE CRUZ-GONZALES HILL** | * | **MAGISTRATE JUDGE** |

## DETENTION ORDER PENDING TRIAL

A detention hearing was held on September 25, 2008 in accordance with 18 U.S.C. 3142(f). I conclude that the following facts require detention of the defendant pending trial in this case.

## FINDINGS OF FACT

The defendant is a serious danger to the community and a flight risk.

## WRITTEN REASONS FOR DETENTION

The defendant is apparently a foreign national and is charged with illegal reentry by an alien after conviction for an aggravated felony, without permission after deportation. Immigration authorities have placed a hold on the defendant.

In view of the immigration hold placed on the defendant, the defendant waived his right to a detention hearing at this time. If the defendant wishes to have a hearing in the future, he may request one when he is otherwise eligible for release.

## DIRECTIONS REGARDING DETENTION

The defendant is committed to the custody of the Attorney General or his

designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correction facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

September 26, 2008, Lafayette, Louisiana.


_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE